IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ARTHUR BONIFIELD, | : | Civil Action No. _____ |
| Plaintiff, | : | |
| vs. | : | |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | : | |
| | : | |
| Defendant. | | |

**COMPLAINT**

Arthur Bonifield, by his attorney Ray Johnson, for his claims against the Defendant states:

I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") and the Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq. which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

III. PARTIES

3. Plaintiff Arthur Bonifield is a natural person residing in Des Moines, Iowa.

4. Defendant Weltman, Weinberg & Reis Co., L.P.A. does business in Iowa with its principle place of business located in Columbus, Ohio.

## IV. FACTUAL ALLEGATIONS

5. Weltman, Weinberg & Reis Co., LPA is attempting to collect an alleged debt from Bonifield. The debt allegedly originated from a Chase Bank account.

6. On August 2, 2011, Bonifield's attorney sent a letter to the Defendant. The letter informed Weltman, Weingberg & Reis Co., LPA that he represents Bonifield regarding the account and all further communication with Bonnstetter should cease immediately or be directed to his attorney.

7. Despite the cease and desist letter, Weltman, Weinberg & Reis., LPA directly contacted Bonifield on multiple occasions in an attempt to collect the debt. The debt collection attempts include letters dated January 11, 2012 and June 27, 2012.

## V. FIRST CLAIM FOR RELIEF

8. All facts and allegations of this Complaint are incorporated herein by reference.

9. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a. Defendant violated 15 U.S.C. § 1692c(a)(2) by contacting Bonifield when it was known, or should have been known, he was being represented by an attorney;

10. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for actual damages, statutory damages, costs, and attorney's fees.

## VI. RELIEF REQUESTED

**WHEREFORE**, Plaintiff respectfully requests judgment be entered against the Defendant for the following:

A. Actual damages pursuant to 15 U.S.C. § 1692k;

B. Statutory damages pursuant to 15 U.S.C. § 1692k;

C. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and

D. For such other relief as the Court deems appropriate in the circumstances.

## VII. SECOND CLAIM FOR RELIEF

11. All facts and allegations of this Complaint are incorporated herein by reference.

12. Defendant violated Iowa's Debt Collection Practices Act. Defendant's violations include but are not limited to:

   a. Defendant violated Iowa Code § 537.7103(5)(e) by contacting Bonifield when it was known, or should have been known, he was being represented by an attorney.

13. As a result of the above violations of the Iowa Code, the Defendant is liable to the Plaintiff for statutory damages, actual damages, costs and attorney's fees.

## VIII. RELIEF REQUESTED

**WHEREFORE**, Plaintiff respectfully requests judgment be entered against the Defendant for the following:

A. Actual damages pursuant to Iowa Code § 537.5201(1);

B. Statutory damages pursuant to Iowa Code § 537.5201(1);

C. Costs and reasonable attorney's fees pursuant to Iowa Code § 537.5201(1);

D. For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_____
RAY JOHNSON

AT0004019
Johnson Law Firm
950 Office Park Road, Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com