IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ARTHUR BONIFIELD, | Civil Action No. 4:12-cv-000368 |
| Plaintiff, | |
| vs. | |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | |
| Defendant. | |

DISMISSAL WITH PREJUDICE

Plaintiff Arthur Bonifield, by his attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted this 5th day of November, 2012.

RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 221
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com